JOHN McKINNEY, Respondent, *v.* BERNARD McCLOSKEY et al., Executors, etc., Appellants.

(Argued January 15, 1879; decided January 28, 1879.)

*Isaac Dayton* for appellant.

*W. E. Robinson* for respondent.

AGREE to affirm on opinion below.
All concur.
Judgment affirmed.